IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NABIL BELAFKIH,

                 ORDER

       Petitioner,

                 07-C-526-C

  v.

U.S. DHS - IMMIGRATION AND
CUSTOM ENFORCEMENT, Immigration
and Health Services Director KARYN LANG,
DODGE COUNTY DETENTION FACILITY and
D-C-D-F MEDICAL DEPT - DIRECTORS -
PHYSICIAN AND STAFF,

       Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  Petitioner filed a proposed pro se complaint under 42 U.S.C. § 1983 in which he alleged that he had been denied medical care while incarcerated at the Dodge County Detention Facility. He is now living in Morocco as a result of a deportation order.

  In an order dated October 16, 2007, I gave petitioner until November 12, 2007 to file an affidavit of indigency and to show cause why the case should not be dismissed for his inability to prosecute it as a deported alien in Morocco without counsel. Because petitioner has not responded to the order, this case is DISMISSED WITHOUT PREJUDICE to

1

petitioner's refiling it at a time when he is able to prosecute the case.

Entered this 27th day of November, 2007.

                                              BY THE COURT:
/s/
BARBARA B. CRABB
District Judge