# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

NABIL BELAFKIH,

        Petitioner,

    v.

U.S. DHS - IMMIGRATION AND
CUSTOM ENFORCEMENT, Immigration
and Health Services Director KARYN LANG,
DODGE COUNTY DETENTION FACILITY and
D-C-D-F MEDICAL DEPT - DIRECTORS -
PHYSICIAN AND STAFF,

        Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-C-526-C

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is DISMISSED WITHOUT PREJUDICE against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel                                                                  11/28/07
_____      _____
**by Deputy Clerk**                                                                   **Date**